1 MITCHELL J. LANGBERG, Bar No. 10118
mlangberg@bhfs.com
2 **BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
3 Las Vegas, Nevada 89106
Telephone:    702.382.2101
4
DARRYL M. WOO (*admitted pro hac vice*)
5 dwoo@goodwinlaw.com
ROLAND CHANG (*admitted pro hac vice*)
6 rolandchang@goodwinlaw.com
**GOODWIN PROCTER LLP**
7 Three Embarcadero Center
San Francisco, California 94111
8 Tel.: (415) 733-6000

9 DAVID R. CALLAWAY (*admitted pro hac vice*)|
dcallaway@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
601 Marshall Street
11 Redwood City, California 94063
Tel.: (650) 752-3100
12
*Attorneys for Plaintiff*
13 BANQ, INC.

14 **UNITED STATES DISTRICT COURT**

15 **DISTRICT OF NEVADA**

| | |
|---|---|
| BANQ, INC., a Florida corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT PURCELL, an individual, GEORGE GEORGIADES, an individual, KEVIN LEHTINIITTY, an individual, FORTRESS NFT GROUP, INC. d/b/a FORTRESS BLOCK CHAIN TECHNOLOGIES, a *Delaware* corporation, and PLANET NFT, INC., a *Delaware* corporation,<br><br>　　　　　　Defendants. | CASE NO. 2:22-cv-00773-MMD-VCF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EARLY RULE 34 DISCOVERY AND TO EXTEND DEADLINE FOR FILING RESPONSES TO COMPLAINT**<br><br>**[First Request]** |

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR EARLY RULE 34 DISCOVERY AND TO EXTEND
DEADLINE FOR FILING RESPONSES TO COMPLAINT

Pursuant to the Federal Rules of Civil Procedure, LR IA 6-1, LR IA 6-2, LR 7-1 and subject to the Court's approval, the undersigned parties jointly stipulate and agree to: (i) early Rule 34 discovery requests; and (ii) an extension of the deadline for Defendants to file an answer or otherwise respond to the Complaint in the above-captioned matter (the "Complaint"). This is the first stipulation for an extension of time for Defendants to file an answer or otherwise respond to the Complaint.

WHEREAS, on May 16, 2022, Plaintiff Banq filed the Complaint.

WHEREAS, Defendants stipulate and agree that service on June 27, 2022 of Plaintiff Banq's first set of early discovery requests under Rule 34 of the Federal Rules of Civil Procedure shall trigger Defendants' obligation to respond within 30 days of such service (*i.e.*, on July 27, 2022) as contemplated by Rules 26 and 34.

WHEREAS, Plaintiff Banq served Defendants with the Summons and Complaint on the following dates: (i) Fortress NFT Group, Inc. d/b/a Fortress Block Chain Technologies on May 18, 2022; (ii) Scott Purcell and Planet NFT, Inc. on May 20, 2022; (iii) Kevin Lehtiniitty on May 26, 2022; and (iv) George Georgiades on May 27, 2022.

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Defendants must answer or otherwise respond to the Complaint within 21 days after being served with the Summons and Complaint.

WHEREAS, Defendants requested an extension of time as a professional courtesy in order to afford adequate time for Defendants' counsel to evaluate and respond to the Complaint while dealing with competing professional obligations and to streamline the proceedings allowing for a joint response on behalf of all of the Defendants.

WHEREAS, the parties met and conferred and have agreed, subject to the Court's approval, that the deadline to answer or otherwise respond to the Complaint should be extended to June 27, 2022 for all Defendants.

**NOW THEREFORE,** the parties through their undersigned counsel, hereby stipulate and respectfully request that the Court enter an Order: (i) providing that Defendants must respond to early Rule 34 discovery requests, served on June 27, 2022, within 30 days of service of such

requests (*i.e.*, on July 27, 2022); and (ii) establishing June 27, 2022 as the deadline for all Defendants to answer or otherwise respond to the Complaint.

Dated: June 8, 2022

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Mitchell J. Langberg*
MITCHELL J. LANGBERG
*Attorneys for Plaintiff*
BANQ, INC.

Dated: June 8, 2022

GREENBERG TRAURIG, LLP

By: */s/ Christopher R. Miltenberger*
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendants*

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR EARLY RULE 34 DISCOVERY AND TO EXTEND DEADLINE FOR FILING RESPONSES TO COMPLAINT

**EXHIBIT A – [PROPOSED] ORDER**

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:**

Defendants must respond to Plaintiff Banq's early Rule 34 discovery requests, served on June 27, 2022, within 30 days of service of such requests (*i.e.*, on July 27, 2022), and June 27, 2022 is the deadline for all Defendants to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 6-9-2022

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR EARLY RULE 34 DISCOVERY AND TO EXTEND DEADLINE FOR FILING RESPONSES TO COMPLAINT