MITCHELL J. LANGBERG, Bar No. 10118
mlangberg@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:    702.382.2101

DARRYL M. WOO (*pro hac vice*)
ROLAND CHANG (*pro hac vice*)
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: (415) 733-6000
*dwoo@goodwinlaw.com*
*rolandchang@goodwinlaw.com*

DAVID R. CALLAWAY (*pro hac vice*)
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: (650) 752-3100
*dcallaway@goodwinlaw.com*

*Attorneys for Plaintiff*
BANQ, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANQ, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT PURCELL, an individual, GEORGE GEORGIADES, an individual, KEVIN LEHTINIITTY, an individual, FORTRESS NFT GROUP, INC. d/b/a FORTRESS BLOCK CHAIN TECHNOLOGIES, a *Delaware* corporation, and PLANET NFT, INC., a *Delaware* corporation,<br><br>Defendants. | CASE NO. 2:22-cv-00773-MMD-VCF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES REGARDING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>**[First Request]** |

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [FIRST REQUEST]

Subject to the Court's approval, the undersigned parties jointly stipulate and agree to extend the deadlines for the filing of any response and reply relating to Defendants' Motion to Dismiss, or in the Alternative, Motion for a More Definite Statement (the "Motion") (Dkt. 22), filed on June 27, 2022, as follows:

WHEREAS, on May 16, 2022, Plaintiff Banq ("Banq") filed the Complaint in the above-captioned matter.

WHEREAS, pursuant to the Court's June 9, 2022 Order for Early Rule 34 Discovery and to Extend Deadline for Filing Responses to Complaint (Dkt. 21), on June 27, 2022, Defendants filed the Motion.

WHEREAS, pursuant to Local Rule 7-2, Banq's deadline to file and serve any points and authorities in response to the Motion is July 11, 2022 and Defendants' deadline to file and serve any reply in support of the Motion is July 18, 2022.

WHEREAS, the parties met and conferred and agreed to grant extensions of time to these deadlines as mutual professional courtesies in order to afford adequate time while dealing with competing professional obligations.

WHEREAS, the parties have agreed, subject to the Court's approval, that the deadline for Banq to file its response to the Motion should be extended to July 25, 2022 and Defendants' deadline to file their reply in support of the Motion should be extended to August 8, 2022.

**NOW THEREFORE,** the parties through their undersigned counsel, hereby stipulate and respectfully request that the Court enter an Order providing that: (i) the deadline for Banq's response to the Motion shall be July 25, 2022; and (ii) the deadline for Defendants' reply to the Motion shall be August 8, 2022.

Dated: July 1, 2022                              GOODWIN PROCTER LLP


By: */s/ Darryl M. Woo*
DARRYL M. WOO
*Attorneys for Plaintiff*
BANQ, INC.

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [FIRST REQUEST]

Dated: July 1, 2022

GREENBERG TRAURIG, LLP

By: */s/ Christopher R. Miltenberger*
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendants*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [FIRST REQUEST]

# ORDER

## PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:

Plaintiff Banq shall have until July 25, 2022 to respond to Defendants' Motion to Dismiss, or In the Alternative, Motion for a More Definite Statement, and Defendants shall have until August 8, 2022 to file a reply in support of the Motion.

**IT IS SO ORDERED:**

_____

CHIEF JUDGE MIRANDA M. DU

UNITED STATES DISTRICT JUDGE

DATED: ____July 5_____, 2022

- 4 -