Jeff Silvestri, Esq. (NSBN 5779)
Karyna M. Armstrong, Esq. (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

John W. Keker, Esq. (CA Bar No. 49092)
(*Pro Hac Vice Petition Granted*)
Steven P. Ragland, Esq. (CA Bar No. 221076)
(*Pro Hac Vice Petition Granted*)
Reid P. Mullen, Esq. (CA Bar No. 270671)
(*Pro Hac Vice Petition Granted*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1890
Telephone: (415) 391-5400
JKeker@kvn.com
SRagland@keker.com
RMullen@keker.com

*Attorneys for Defendants Scott Purcell, George Georgiades, Kevin Lehtiniitty, Fortress NFT Group, Inc. d/b/a Fortress Block Chain Technologies, and Planet NFT, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANQ, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT PURCELL, an individual, GEORGE GEORGIADES, an individual, KEVIN LEHTINIITTY, an individual, FORTRESS NFT GROUP, INC. d/b/a FORTRESS BLOCK CHAIN TECHNOLOGIES, a Delaware corporation, and PLANET NFT, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:22-cv-00773-MMD-VCF<br><br>**MOTION FOR REMOVAL OF KILEY HARRISON FROM CM/ECF SERVICE LIST** |

1  Defendants Scott Purcell ("Purcell"), George Georgiades ("Georgiades"), Kevin
2  Lehtiniitty ("Lehtiniitty"), Fortress NFT Group, Inc. d/b/a Fortress Block Chain Technologies,
3  ("Fortress"), and Planet NFT, Inc. ("Planet") (collectively, "Defendants"), by and through their
4  undersigned counsel, hereby file this Motion for Removal of Kiley Harrison from the
5  CM/ECF Service List in the above-captioned matter.  Jeff Silvestri and Karyna Armstrong,
6  of McDonald Carano LLP, as well as John Keker, Steven Ragland, Reid Mullen, and Neha
7  Sabharwal, of Keker, Van Nest & Peters LLP, will continue to serve as counsel for Defendants.
8  The Clerk's office is requested to make such changes to the docket and to the electronic
9  notification system as necessary to reflect the withdrawal of Kiley Harrison as counsel of record
10 for Defendants.

12  / / /

14  / / /

16  / / /

18  / / /

20  / / /

22  / / /

24  / / /

26  / / /

28  / / /



1  This Motion shall also serve as notice that attorney Kiley Harrison has disassociated
2  as counsel of record in this case.  Accordingly, Defendants respectfully request that Kiley
3  Harrison's name be removed from the CM/ECF Service List in this matter and that Karyna
4  Armstrong's name be added.

5  Respectfully submitted this 17th day of October, 2022.

6  McDONALD CARANO LLP

7  By: /s/ Jeff Silvestri
   Jeff Silvestri, Esq. (NSBN 5779)
8  Karyna M. Armstrong, Esq. (NSBN 16044)
   2300 West Sahara Avenue, Suite 1200
9  Las Vegas, Nevada 89102
   jsilvestri@mcdonaldcarano.com
10 karmstrong@mcdonaldcarano.com

11 John W. Keker, Esq. (CA Bar No. 49092)
   (*Pro Hac Vice Petition Granted*)
12 Steven P. Ragland, Esq. (CA Bar No. 221076)
   (*Pro Hac Vice Petition Granted*)
13 Reid P. Mullen, Esq. (CA Bar No. 270671)
   (*Pro Hac Vice Petition Granted*)
14 KEKER, VAN NEST & PETERS LLP
   633 Battery Street
15 San Francisco, CA 94111-1890
   JKeker@kvn.com
16 SRagland@keker.com
   RMullen@keker.com
17

18 *Attorneys for Defendants Scott Purcell, George Georgiades, Kevin Lehtiniitty, Fortress NFT Group,*
19 *Inc. d/b/a Fortress Block Chain Technologies, and Planet NFT, Inc.*
20

21 IT IS SO ORDERED.

22
23 _____
   UNITED STATES MAGISTRATE JUDGE
24 DATED: 10-17-2022
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2022, a copy of the foregoing **MOTION FOR REMOVAL OF KILEY HARRISON FROM CM/ECF SERVICE LIST** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

/s/  *CaraMia Gerard*
An Employee of McDonald Carano