1  MITCHELL J. LANGBERG, Bar No. 10118
   **BROWNSTEIN HYATT FARBER SCHRECK, LLP**
2  100 North City Parkway, Suite 1600
   Las Vegas, Nevada 89106
3  Tel: +1 702 382 2101
   *mlangberg@bhfs.com*
4
   DARRYL M. WOO (*pro hac vice*)
5  ROLAND CHANG (*pro hac vice*)
   **GOODWIN PROCTER LLP**
6  Three Embarcadero Center, Suite 2800
   San Francisco, California 94111
7  Tel.: +1 415 733 6000
   Fax: +1 415 677 9041
8  *DWoo@goodwinlaw.com*
   *RolandChang@goodwinlaw.com*
9
   Attorneys for Plaintiff
10 BANQ, INC.

11                           UNITED STATES DISTRICT COURT
12
                                   DISTRICT OF NEVADA
13

14
   | BANQ, INC., a Florida corporation, | Case No. 2:22-cv-00773-APG-VCF |
   |---|---|
   | Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW** |
   | v. | |
   | SCOTT PURCELL, an individual, GEORGE GEORGIADES, an individual, KEVIN LEHTINIITTY, an individual, FORTRESS NFT GROUP, INC. d/b/a FORTRESS BLOCK CHAIN TECHNOLOGIES, a Delaware corporation, and PLANET NFT, INC., a Delaware corporation, | |
   | Defendants. | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please take notice that David R. Callaway is no longer associated with Goodwin Procter LLP, counsel of record for Banq, Inc. Pursuant to LR IA 11-6, Counsel respectfully moves to withdraw Mr. Callaway as counsel of record for Banq, Inc. and remove him from the ECF service and notification list.

Mitchell Langberg of Brownstein Hyatt Farber Schreck LLP, and Darryl Woo and Roland Chang of Goodwin Procter LLP will continue to represent Banq, Inc.

Dated: April 7, 2023

GOODWIN PROCTER LLP

By: */s/ Roland Chang*
Darryl M. Woo
DWoo@goodwinlaw.com
Roland Chang
RolandChang@goodwinlaw.com

Attorneys for Plaintiff
BANQ, INC.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   4-17-2023