Rory T. Kay (NSBN 12416)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

John W. Keker, Esq. (CA Bar No. 49092)
(*Pro Hac Vice Petition Granted*)
Steven P. Ragland, Esq. (CA Bar No. 221076)
(*Pro Hac Vice Petition Granted*)
Reid P. Mullen, Esq. (CA Bar No. 270671)
(*Pro Hac Vice Petition Granted*)
Neha Sabharwal (CA Bar No. 332543)
(*Pro Hac Vice Petition Granted*)
Ryan J. Hayward, Esq. (CA Bar No. 330924)
(*Pro Hac Vice Petition Granted*)
Jacqueline T. Concilla, Esq. (CA Bar No. 335733)
(*Pro Hac Vice Petition Granted*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1890
Telephone: (415) 391-5400
JKeker@keker.com
SRagland@keker.com
RMullen@keker.com
NSabharwal@keker.com
RHayward@keker.com
JConcilla@keker.com

*Attorneys for Defendants Scott Purcell, George Georgiades, Kevin Lehtiniitty, Fortress NFT Group, Inc. d/b/a Fortress Block Chain Technologies, and Planet NFT, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANQ, INC., a Florida corporation,, <br><br>   Plaintiff, <br><br>   v. <br><br> SCOTT PURCELL, an individual, GEORGE GEORGIADES, an individual, KEVIN LEHTINIITTY, an individual, FORTRESS NFT GROUP, INC. d/b/a FORTRESS BLOCK CHAIN TECHNOLOGIES, a Delaware corporation, and PLANET NFT, INC., a Delaware corporation, <br><br>   Defendants. | Case No. 2:22-cv-00773-APG-DJA <br><br> **STIPULATION AND ORDER EXTENDING DEADLINES TO FILE AN AMENDED COMPLAINT AND TO RESPOND TO THE OPERATIVE COMPLAINT** <br><br> **[FIRST REQUEST]** |

1    Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Banq, Inq. ("Plaintiff") and Defendants
2 Scott Purcell, George Georgiades, Kevin Lehtiniity, Fortress NFT Group, Inc., and Planet NFT Inc.
3 (collectively, "Defendants") (together, the "Parties"), by and through their counsel, respectfully
4 submit this Joint Stipulation and Order Extending Deadlines to Serve an Amended Complaint and
5 to Respond to the Operative Complaint.

6    WHEREAS, on November 13, 2024, Magistrate Judge Albregts entered a scheduling Order
7 setting an August 25, 2025 deadline for the Parties to "Amend pleadings/Add parties," Dkt. 110;

8    WHEREAS, on December 20, 2025, Defendants filed a Motion to Dismiss Plaintiff's
9 Complaint, Dkt. 110;

10    WHEREAS, on July 29, 2025, the Court entered an Order Granting In Part Defendants'
11 Motion to Dismiss Plaintiff's Complaint, Dkt. 145;

12    WHEREAS, the Court's July 29, 2025 order set an August 28, 2025 deadline for Plaintiff to
13 serve an amended complaint, Dkt. 145;

14    WHEREAS, the Parties understand the Court's July 29, 2025 order, Dkt. 145, to have
15 extended the prior August 25, 2025 deadline to "Amend pleadings/Add parties" to such time until
16 Plaintiff serves an amended complaint (if any) and Defendants respond to Plaintiff's operative
17 complaint;

18    WHEREAS, Defendants' response to Plaintiff's operative complaint is due on September
19 11, 2025;

20    WHEREAS, the Parties are scheduled to engage in a mediation in Las Vegas, Nevada on
21 September 12, 2025;

22    WHEREAS, the Parties agree that their efforts to engage in a productive mediation would
23 be aided by an extension of deadlines that would allow Plaintiff to prepare and serve an amended
24 complaint (if any) soon after the September 12, 2025 mediation, and that would allow Defendants
25 to respond to Plaintiff's operative complaint soon thereafter;

26    WHEREAS, the Parties propose that Plaintiff's deadline to amend its complaint be extended
27 from August 28, 2025 to September 29, 2025 (approximately two weeks after the September 12,
28

2

2025 mediation), and that Defendants' deadline to respond to Plaintiff's operative complaint be extended from September 11, 2025 to October 13, 2025;

WHEREAS, this is the first request by the Parties for an extension of time for Plaintiff to serve an amended complaint, and for Defendants to respond to Plaintiff's operative complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, by their respective counsel, that with the permission of the Court, Plaintiff's deadline to serve an amended complaint shall be September 29, 2025, and Defendants' deadline to respond to Plaintiff's operative complaint shall be October 13, 2025.

Dated this 7th day of August, 2025.

McDONALD CARANO LLP

By: /s/ *Karyna M. Armstrong*
　　Rory T. Kay (NSBN 12416)
　　Karyna M. Armstrong, Esq. (NSBN 16044)
　　2300 West Sahara Avenue, Suite 1200
　　Las Vegas, Nevada 89102
　　rkay@mcdonaldcarano.com
　　karmstrong@mcdonaldcarano.com

　　John W. Keker (CABN 49092)
　　(*Pro Hac Vice Petition Granted*)
　　Steven P. Ragland (CABN 221076)
　　(*Pro Hac Vice Petition Granted*)
　　Reid P. Mullen (CABN 270671)
　　(*Pro Hac Vice Petition Granted*)
　　Neha Sabharwal (CABN 332543)
　　(*Pro Hac Vice Petition Granted*)
　　Ryan J. Hayward (CABN 330924
　　(*Pro Hac Vice Petition Granted*)
　　Jacqueline T. Concilla (CABN 335733)
　　(*Pro Hac Vice Petition Granted*)
　　KEKER, VAN NEST & PETERS LLP
　　633 Battery Street
　　San Francisco, CA 94111-1890
　　JKeker@keker.com
　　SRagland@keker.com
　　RMullen@keker.com
　　NSabharwal@keker.com
　　JConcilla@keker.com

　　*Attorneys for Defendants Scott Purcell,*
　　*George Georgiades, Kevin Lehtiniitty,*
　　*Fortress NFT Group, Inc. d/b/a*
　　*Fortress Block Chain Technologies,*
　　*and Planet NFT, Inc.*

3

DIAMOND McCARTHY LLP

By: /s/ *Justin Strother*
    Allan B. Diamond, Esq. (pro hac vice)
    Stephen T. Loden, Esq. (pro hac vice)
    Justin Strother, Esq. (pro hac vice)
    Brian R. Hogue, Esq. (Pro Hac Vice)
    909 Fannin, Suite 3700
    Houston, Texas 77010
    adiamond@diamondmccarthy.com
    sloden@diamondmccarthy.com
    justin.strother@diamondmccarthy.com

*Attorneys for Plaintiff Banq, Inc.*

IT IS ~~SO~~ ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTATE JUDGE

DATED: 8/11/2025

4