UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANQ, INC.,<br><br>　　　　Plaintiff<br><br>v.<br><br>SCOTT PURCELL, et al.,<br><br>　　　　Defendants | Case No.: 2:22-cv-00773-APG-DJA<br><br>**Order (1) Affirming Magistrate Judge's Order Denying Motion to Quash and for Protective Order and (2) Denying Motion for Stay**<br><br>[ECF No. 144, 148] |

　　Banq, Inc. served a subpoena upon non-party N9 Advisors, LLC. N9 moved for the court to either quash the subpoena or issue a protective order. ECF Nos. 133, 134. Magistrate Judge Albregts denied those motions. ECF No. 143. N9 appeals that order and requests a stay of Judge Albregts' ruling pending the appeal. ECF Nos. 144, 148. I have reviewed the appeal, Judge Albregts' Order, and the underlying papers. Judge Albregts' Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

　　I THEREFORE ORDER that Magistrate Judge Albregts' Order **(ECF No. 143) is affirmed** in its entirety, N9's appeal **(ECF No. 144) is denied**, and N9's motion for **stay (ECF No. 148) is denied as moot**.

　　DATED this 13th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE